**Order issued October 29, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

_____

### No. 05-15-00407-CR
_____

### MICHAEL DOUGLAS PERRIN, Appellant

## V.

### THE STATE OF TEXAS, Appellee

---

## O R D E R

Before Justices Lang, Evans, and Whitehill

Based on the Court's opinion of this date, we **GRANT** the May 28, 2015 motion of Julie

Woods for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the

Court to remove Julie Woods as counsel of record for appellant. We **DIRECT** the Clerk of the

Court to send a copy of this order and all future correspondence to Michael Douglas Perrin,

TDCJ No. 1992772, Middleton Unit, 13055 FM 3522, Abilene, Texas, 79601.


/ David Evans/
DAVID EVANS
JUSTICE